Gordon Lewis, Bar #015162
JONES, SKELTON & HOCHULI P.L.C.
40 N Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-7341
Fax: (602) 200-7897
glewis@jshfirm.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Sarah Nathreen Nakanwagi, | No. CaseNumber |
| Plaintiff, | **Notice of Removal** |
| v. | |
| City of Flagstaff, | |
| Defendants. | |

Defendant City of Flagstaff, by and through undersigned counsel and pursuant to 28 U.S.C. §1441(a), having waived service of process of Plaintiffs' Complaint, hereby gives notice of the removal of the above captioned case, Coconino County Superior Court case No. CV20200609 from the Arizona Superior Court, County of Coconino, to this Court and in support thereof asserts:

1.      Plaintiffs have asserted claims of violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. § 2000e et seq.

2.      On or about December 4, 2020 Plaintiffs filed a Complaint against Defendant in the Superior Court of Arizona in and for the County of Coconino, under the Caption *Nakanwagi v. City of Flagstaff.*, CV20200609.  A copy of that Complaint is attached hereto as Exhibit "A."  Defendant received formal notice of this pleading on or about January 4, 2021, when it waived service of process of the Complaint.

3.      This Notice of Removal is being filed within 30 days of waiver of service of process, and is therefore timely filed under 28 U.S.C. §1446(b).

9058057.1

4.    Copies of all remaining pleadings currently on file with Coconino County Superior Court are attached as Exhibit "B."

5.    A Notice of Filing Notice of Removal, a true and correct copy of which is attached as Exhibit "C" (without exhibits attached) has been filed in the Arizona Superior Court, County of Coconino, on behalf of Defendant.

Based on the foregoing, Defendant respectfully request that the above action now pending in Arizona Superior Court, Coconino County, be removed to this Court.

DATED this 25th day of January, 2021.

Jones, Skelton & Hochuli P.L.C.


By /s/ Gordon Lewis
       Gordon Lewis
       40 N Central Avenue, Suite 2700
       Phoenix, Arizona 85004
       Attorneys for Defendant City of Flagstaff

2

9058057.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2021, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

I have also mailed copies to:

Sarah Nathreen Nakanwagi
60 East Anita Ave, Apt # 142047
Flagstaff, Arizona 86005
Pro Per

/s/ Jennifer Bernardo

3

9058057.1