**EXHIBIT A**

RECEIVED

DEC 0 4 2020

VALERIE WYANT
Clerk of the Superior Court

Plaintiff's Name: Sarah·Nathreen·Nakanwagi
Mailing Address: 60 East Anita Avenue, Apt. 14207
City, State, Zip: Flagstaff, Arizona, 86005
Phone Number: 480-203-4895
Representing Self

## COCONINO COUNTY SUPERIOR COURT

Plaintiff's Name:                              Case Number *(leave blank)*: CV 202000609

Sarah·Nathreen·Nakanwagi                **COMPLAINT**

Defendant's Name:

City of Flagstaff

**JURISDICTION:**

This is the right court for this case because:

*Check all that apply:*

[✓]   I live in Coconino County.
[✓]   The defendant lives in Coconino County.
[✓]   The defendant does business in Coconino County.
[✓]   The events, actions, or debts this Complaint is about took place in Coconino County.
[✓]   Other:
I was sent a "Notice of Right To Sue" letter by the Office of the
Arizona Attorney General (Civil Litigation division, Division of
Civil Rights Section. I was even sent a reminder to sue by the same
organization!!! That is when I knew I had to seriously file this law suit (civil action)
The above-mentioned letter, hereby attached, specifically
that I may "bring a civil action in Superior Court. of the county
where the... discriminatory action took place."
A copy of the said letter is hereby attached for reference.

If I'm asking for money, it's for at least $10,000.

*Do not list anyone's social security number or financial account numbers on this form. If you want the court to know those numbers, list just the last four digits.*

**MY CLAIMS:**

I'm filing this Complaint because of these events, actions, or debts: *(attach more paper if needed)*

I worked for the City of Flagstaff (Finance department) as a Finance Specialist, from 2/25/2019 to 10/23/2019 when I was terminated (fired) from the job. I was the only black person of African national origin in the department and the whole building.

On that note, I was ceaselessly stereotyped (what some scholars call racial profiling) from the first day to the last. I was often treated like I was an embodiment of bad and common stereotypes about black people: stupid, lazy, crimal and inherently incompetent. It was like as if they were eager for that "Aha" moment when they would confirm said negative stereotypes. For instance, they used to talk to me like as if I was retarded, simply because I spoke English with an accent (reflective of my national origin). To stop the communication block they were creating from spiralling out of control, I was forced to show them my excellent college grades (straight As and 4.0 GPA, with 4 being the highest on a scale of 1 to 4). The objective was to let them know that I am fluent in English (albeit speaking with an accent) and to encourage them to talk to me properly like they talked to each other.

What hurts most is when I was issued a warning letter falsely accusing

. . . continued on next page

**LAWS SUPPORTING MY CLAIMS:**

Title VII of the Civil Rights Act of 1994
The Civil Rights Act of 1991

Arizona Revised Statute (hereafter: ARS) 20-445
ARS 23-1501 (3)(a)
ARS 23-1501 (3)(b)(i)
ARS 23-1501 (3)(c)(ii)
ARS 23-1362

© 2018 Coconino County Law Library

[... Continued from previous "My Claims" section]

me of being mean to them!!! When I asked its author (Heidi) what she meant, she responded that I was mean to them because they were afraid to come to my office. I was extremely alarmed by such libel and slander aimed at criminalizing me.

White people run this world and hold the keys to opportunities. So, for the City of Flagstaff to demonize me with their unfounded fear of me in such a fashion, tantamounts to complete destruction of my life as a black person in USA. Falsely accusing me of being mean to them without substantiation, was utterly: dangerous, cruel, ostracizing, racist, and an allegation that would undoubtedly ensure I am blacklisted throughout this great nation USA. It is no secret that when a caucasian accuses a black person of being mean to him or her, it always unfailingly culminates in the end of the black person's life.

Your Honor, I was harmless and always a "Yes Please" smiling employee, yet they treated me with the insinuation that I was a monster, simply because of my race and national origin. Baffling. Now that I became an American citizen earlier this year on 25th February 2020, hopefully I will never have to endure the above-mentioned employment situations where I am treated suspiciously and constantly showed (reminded) that I am "the other."

I have a "sweet tooth" and used to purchase plenty of candy (chocolate) for my office. To my surprise, whenever I returned from a day-off, I would find my candy bowl nearly depleted, yet I had left it full. This was evidence they had no problem coming to my office in my abscence. Thus, it was not the physical office they feared, it was me they unreasonably feared simply because I was black and of African national origin. They were uncomfortable around me, yet they were at ease (comfortable) around their fellow caucasians. I wondered why they were acting this way, yet at the interview stage of recruitment for this position, they obviously must have seen that I was black and spoke with a foreign accent. So why were they acting up now? Heidi (my first supervisor) once confided that it was the very first time for them to work with a person who looks like me (a person with my ethnicity: black and of African national origin), and that I should forgive them if the slip-up and make seemingly racist stunts ... that they were learning.

Your Honor, I have never been mean to anyone at the City of Flagstaff. I have also never been mean to white people. If anything, I hope to one day have mixed-race babies with a decent caucasian who has quality DNA (genes). The City of Flagstaff hired me when I don't have a single criminal record, so I don't understand why they were soiling my reputation,

...Continued on next page

-1-

[... continued from previous page]

and work ethic with baseless false accusations and racist innuendo (racial microaggressions). City of Flagstaff, there was no need for you to act that way. You are white with a world of priviledge at your disposal. A black person of African national origin like me, should not be viewed as a threat in your midst, because my having a job does not deduct any of your priviledge or rights.

Time reached when the work place was so toxic, that group think made them assume it was perfectly okay to consistently scapegoat me. Whenever I returned from a day-off, I would find a warning that threatened to fire me, falsely accusing me of glaring errors made on days I was off from work by someone else (a caucasian) in a different department and completely separate building. Much as these errors were recorded by the computer system, I would be warned never to do them again or else I would be fired.

As an individual, I can only vouch for my own behavior and cannot guarantee that another adult employee (in another department and building) won't do the same mistake. If another employee is repeatedly making errors, yet they've held that job for at least 6 months, it is that person's supervisor to follow up with that person and find out what's going on, instead of the City of Flagstaff to deflect by scapegoating me shamelessly instead.

Whenever I tried to point out that the errors were not made by me and that they were made on days I was off from work, they (City of Flagstaff) would tell me: "We don't want defensive people. When we accuse you of something, simply accept. We don't want to know your opinion."

This often made me feel like I didn't have any rights. Not only was the City of Flagstaff violating my due process civil rights guaranteed by the Fourteenth Amendment to the USA constitution, the City of Flagstaff also violated the equal protection under the law clause when it applied different rules to me and different rules to the rest of the employees (who were caucasian while I was a black person of African national origin). I felt very abused by the scapegoating, and suffered emotional distress.

Time reached when I had to ask why exactly I was hired, and whether I was hired to be blamed for all the department's bottlenecks.

Also, City of Flagstaff hired me fully aware I was a full-time college student, and it vowed to work around my availability and college schedule. However, I was horrified whenever the City of Flagstaff issued me warning letters and eventually fired me over my having informed them that I would be running late due to a college obligation. As a result, the City of Flagstaff breached the implied clause of our contract (at the time of hire).

-2-

[... Continued from previous page]

It is a known fact than an employee who raises concern over unscrupulous employment practices or violations in a workplace, is often "pushed" out of that job. The same is true in my case with the City of Flagstaff. When i aired my grievances to the Human resources department, it did not take long before the City of Flagstaff retaliated by firing me.

On top of their unreasonable demands, expecting me to complete a full-time workload in part-time hours, they accused me of being incompetent and untrainable (insinuating stupidity) in line with the negative stereotype they held about me as a black person of African national origin. Blinded by the above-mentioned stereotypes, the City of Flagstaff ended up firing me wrongfully (unfairly). I possess an Associate in Applied Science-Accounting (with Highest Distinction) degree.

There's so much to say... But, in the interest of conciseness, I wish to conclude by reminding the City of Flagstaff that just because it is a workplace, it does not mean that prevailing state, federal and civil rights stop being in effect. With everyone's email address ending in "gov" it implies that the City of Flagstaff is the government, so it is expected to know the constitution by heart and not flout the laws. City of Flagstaff, as a government entity, you are expected not to do anything that brings disrepute to the name of our great nation USA,... so clean up your act. City of Flagstaff; do better, be better. Always remember that to the rest of the world, USA is a brand that means a moral authority that is held to a high (in fact, the highest standard), and is looked up to by even its European counterparts for guidance.

The way the City of Flagstaff was scapegoating me and recklessly accusing me falsely of being mean to them, was beneath the status of the name USA, city of Flagstaff, you are expected to act better, because if you are cultivating a hostile work environment then, how are small businesses operating in the town expected to treat their employees, when you (City of Flagstaff, their leader) is bluntantly disregarding the civil rights of employees as highlighted in this complaint? To what end?

The attached Exhibit A refutes City of Flagstaff's argument that I was inherently untrainable, incompetent and generally stupid. For heaven's sake I passed on top of my college classes, graduating with the Highest Distinction (Associate in Applied Science-Accounting) degree category. Does that look like an untrainable person? No. If anything, it depicts my commitment to excellence.

**REQUEST FOR RELIEF:**

Monetary Relief:

*If you're not asking for money, leave this "Monetary Relief" section blank.*

Because of these claims, I ask the court to order the Defendant to pay me $ _64,999_____

[✓]   I also ask the court to order the Defendant to pay me interest on that amount. Interest should be:

[✓]   10% based on A.R.S. 44-1201
[ ]   this other amount: _____%

Interest should start accruing on:

[✓]   the date the judge signs the judgment in this case
[ ]   this date: _____, which is when the loss happened or the debt was due

Relief Other Than Money:

I also ask the court to order:

_____
_____
_____
_____
_____
_____

I did not ask for monetary relief, and my damages qualify for this tier of discovery:
[ ] Tier 1  [ ] Tier 2  [ ] Tier 3  *(Leave these checkboxes blank if you did ask for monetary relief)*

© 2018 Coconino County Law Library

**VERIFICATION:**

I have read this Complaint. All the statements in it are true, correct, and complete to the best of my knowledge and belief.

My Signature: _Nathreen.N.S._

State of Arizona                    )
                                    )
County of _Coconino_                )

Subscribed and sworn before me this date: _12/3/20_   by: _Sarah Nathreen Nakanwagi_

Seal:

GUNNAR STARR
COMMISSION # 591169
NOTARY PUBLIC - STATE OF ARIZONA
COCONINO COUNTY
My Commission Expires Sept. 29, 2024.

Notary Public: _Gunnar Starr_
Notary Expiration Date: _9/29/24_

Exhibit A

# South Mountain Community College

Phoenix 19 79 Arizona

This certifies that

## Sarah Nathreen Nakanwagi

has completed the course of study prescribed by the
Maricopa County Community College District Governing Board
and is awarded the degree of

## Associate in Applied Science - Accounting
### with Highest Distinction

Given on this eighth day of May, two thousand twenty in Phoenix, Arizona.

_____
President of the College

_____
President of the Governing Board

_____
Registrar

_____
Chancellor



# South Mountain Community College

Phoenix 19 79 Arizona

This certifies that

## Sarah Nathreen Nakanwagi

has completed the course of study prescribed by the
Maricopa County Community College District Governing Board
and is awarded the certificate of completion in

## Accounting

Given on this eleventh day of May, two thousand eighteen in Phoenix, Arizona.

_____
President of the College

_____
President of the Governing Board

_____
Registrar

_____
Chancellor



# South Mountain Community College

Phoenix · 19 79 · Arizona

This certifies that

## Sarah Nathreen Nakanwagi

has completed the course of study prescribed by the
Maricopa County Community College District Governing Board
and is awarded the certificate of completion in

## General Business

Given on this eleventh day of May, two thousand eighteen in Phoenix, Arizona.

_____
President of the College

_____
President of the Governing Board

_____
Registrar

_____
Chancellor



**SOUTH MOUNTAIN**
**COMMUNITY COLLEGE**
*Helping you climb higher.*

December 29, 2016

Dear Sarah,

Congratulations! It's a pleasure to inform you that you have made the President's Honor List for the Fall 2016 semester. This is an outstanding academic achievement.

We acknowledge your academic accomplishments at our college and encourage you to continue to maintain this level of excellence as you pursue your coursework.

Best wishes for your continued academic success.



**SOUTH MOUNTAIN**
**COMMUNITY COLLEGE**
*Helping you climb higher.*

May 24, 2017

Dear Sarah,

Congratulations! It's a pleasure to inform you that you have made the President's Honor List for the Spring 2017 semester. This is an outstanding academic achievement.

We acknowledge your academic accomplishments at our college and encourage you to continue to maintain this level of excellence as you pursue your coursework.

Best wishes for your continued academic success.



Center for Excellence
1625 Eastover Drive
Jackson, MS 39211
www.ptk.org

**PHI THETA KAPPA**
H O N O R   S O C I E T Y

Headquarters
p 601.984.3504
f 601.984.3550

February 13, 2017

To Whom It May Concern:

I am pleased to recommend to you Sarah Nakanwagi, a member of Phi Theta Kappa Honor Society, the oldest, most prestigious and largest honor society serving two-year colleges around the world. Sarah Nakanwagi was inducted into the Alpha Eta Delta Chapter of Phi Theta Kappa while attending South Mountain Community College. To be invited to membership in Phi Theta Kappa, Sarah Nakanwagi earned high academic standing with a class rank in the top 10%. Phi Theta Kappa requires members to maintain high academic standing for the duration of enrollment at the two-year college.

Established in 1918 by two-year college presidents, Phi Theta Kappa Honor Society serves to recognize and encourage the academic achievement of two-year college students and provide opportunities for individual growth and development through honors, leadership and service programming. Membership in the Society reflects discipline, determination, and an innate desire to succeed. Active involvement demonstrates servant leadership, communication skills, and emerging leadership talent.

Since its founding, Phi Theta Kappa has inducted more than 3 million members and chartered 1,285 chapters located in all 50 states and in U.S. territorial possessions, Canada, Germany, the Republic of Palau, the Republic of the Marshall Islands, the Federated States of Micronesia, the British Virgin Islands, the United Arab Emirates, and Peru.

Sincerely,

Lynn Tincher-Ladner, Ph.D.
President and CEO
Phi Theta Kappa Honor Society



This is to Certify That

## Sarah Nakanwagi

has complied with all the requirements for, and has been inducted into

## Phi Theta Kappa

Honor Society

Member # 205011347

In witness of which we have caused the great seal of this Society to be hereto affixed and inscribed our signatures.

*Dr. Mark Spencer*
Chapter Advisor

Alpha Eta Delta
Chapter

President and CEO

February 13, 2017
Date



**Spring 2017 semester feedback from Sarah Nathreen Nakanwagi's course instructors**

| **Comments** | **Close** |
| --- | --- |

Congratulations Sarah!  You had an amazing semester. Keep up the awesome work ethic.

Your final grade: A

Your total points: 2237

Overall completion percentage: 112%

Class rank: #1

Delbert Cole, May 11 at 12:17am

Grade: 4
out of 4

^

This is excellent!  I love how you jumped right outside the box and identified all the other avenues of things that the parties to the case should take into consideration.  This is good thinking!  Your analysis of the case and the specific facts there are spot on.  Great job to include a small section of info from the text, and then use the rest for your own ideas and analysis.

Brady Thompson, Feb 26 at 3:53am

Grade: 50
out of 50

Great job, Sarah!!

Bill Nestmann . Apr 13 at 1:39pm

That is what experienced students do, improvise. Good job.

Barbara Gonzalez . Mar 17 at 8:49am

Grade: 100
out of 100

Barbara Gonzalez · Mar 14 at 4:27pm  ∧

The password worked, I don't think I was using it on the most recent file you sent.
Good job on the project. I don't see any errors. Nice work using subtypes on the customers/vendors and removing the unnecessary types. I also like that you grouped the items. Personally, I prefer account numbers on the chart of accounts, but this is a preference.

Barbara Gonzalez · Mar 15 at 9:38am

Grade: 28
out of 28

Excellent

Barbara Hall Gonzalez · Jan 22 at 7:04am



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**CIVIL LITIGATION DIVISION**
**DIVISION OF CIVIL RIGHTS SECTION**

**MARK BRNOVICH**
**ATTORNEY GENERAL**

**NOTICE OF RIGHT TO SUE**

**REBEKAH BROWDER**
**CHIEF COUNSEL**

> *Sarah Nakanwagi*       *v.*       *City of Flagstaff*

CRD No.:   CRD-2020-0294                 EEOC No.: 35A-2020-00351

On 04/01/2020, you filed a charge with the Division of Civil Rights Section alleging employment discrimination. Arizona law provides that you may bring a civil action in Superior Court of the county where the alleged discriminatory action took place. Should you decide to file a civil action, you must do so **within 90 days** of the date you receive this Notice or **within one year** of the date you filed the charge, **whichever comes first**. A.R.S. 41-1481(D.)

This Notice of Right to Sue letter is being issued because:

> this office has made a final determination or has otherwise completed its processing of your charge and will be taking no further action.

If you have any questions concerning this notice, please contact us at 602-542-5263 or toll free at 1-877-491-5742. If you need legal assistance, you should seek the advice of an attorney.

BY:

*Stephen Scott, Compliance Manager*

Sent by regular mail this 22nd day of September 2020

Cc: City of Flagstaff c/o Kevin R. Fincel, Esq.

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:   **Sarah Nakanwagi**
      **60 E Anita Ave Apt 14207**
      **Flagstaff, AZ 86005**

From:   **Phoenix District Office**
        **3300 North Central Ave**
        **Suite 690**
        **Phoenix, AZ 85012**

| | |
|---|---|
| [ ] | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **35A-2020-00351** | **Robin Campbell,** **State, Local & Tribal Program Manager** | **(602) 661-0041** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

November 19, 2020

**Elizabeth Cadle,**
**District Director**

*(Date Mailed)*

Enclosures(s)

cc:   **Kevin R. Fincel Esq**
      **CITY OF FLAGSTAFF**
      **211 W Aspen Ave**
      **Flagstaff, AZ 86001**



**OFFICE OF THE ARIZONA ATTORNEY GENERAL**

**CIVIL LITIGATION DIVISION**
**DIVISION OF CIVIL RIGHTS SECTION**

**MARK BRNOVICH**
**ATTORNEY GENERAL**

**NOTICE OF RIGHT TO SUE**

**REBEKAH BROWDER**
**CHIEF COUNSEL**

| _Sarah Nakanwagi_ | _v._ | _City of Flagstaff_ |

CRD No.:   CRD-2020-0294                    EEOC No.: 35A-2020-00351

On 04/01/2020, you filed a charge with the Division of Civil Rights Section alleging employment discrimination.  Arizona law provides that you may bring a civil action in Superior Court of the county where the alleged discriminatory action took place.  Should you decide to file a civil action, you must do so **within 90 days** of the date you receive this Notice or **within one year** of the date you filed the charge, **whichever comes first**.  A.R.S. 41-1481(D.)

This Notice of Right to Sue letter is being issued because:

         this office has made a final determination or has otherwise completed its processing of your charge and will be taking no further action.

If you have any questions concerning this notice, please contact us at 602-542-5263 or toll free at 1-877-491-5742. If you need legal assistance, you should seek the advice of an attorney.

BY: _____

_Stephen Scott, Compliance Manager_

Sent by regular mail this 22nd day of September 2020

Cc: City of Flagstaff c/o Kevin R. Fincel, Esq.

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To:   **Sarah Nakanwagi**
      **60 E Anita Ave Apt 14207**
      **Flagstaff, AZ 86005**

From:  **Phoenix District Office**
       **3300 North Central Ave**
       **Suite 690**
       **Phoenix, AZ 85012**

| | |
|---|---|
| ☐ | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 35A-2020-00351 | **Robin Campbell,**<br>**State, Local & Tribal Program Manager** | **(602) 661-0041** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐   The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☒   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

November 19, 2020

Enclosures(s)

**Elizabeth Cadle,**
**District Director**

*(Date Mailed)*

cc:   **Kevin R. Fincel Esq**
      **CITY OF FLAGSTAFF**
      **211 W Aspen Ave**
      **Flagstaff, AZ 86001**

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**.  Therefore, you should **keep a record of this date**.  Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost.  If you intend to consult an attorney, you should do so promptly.  Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it.  Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction.  (Usually, the appropriate State court is the general civil trial court.)  Whether you file in Federal or State court is a matter for you to decide after talking to your attorney.  Filing this Notice is not enough.  You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief.  Courts often require that a copy of your charge must be attached to the complaint you file in court.  If so, you should remove your birth date from the charge.  Some courts will not accept your complaint where the charge includes a date of birth.  Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge.  Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.  If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible.  For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008.  This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer.  Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney).  Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case.  If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice).  While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case.  Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice**.  (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# ARIZONA CIVIL RIGHTS DIVISION

## AGREEMENT OF NONDISCLOSURE – EMPLOYMENT

Pursuant to A.R.S. § 41-1402(A)(9) of the Arizona Civil Rights Act ("ACRA"), the Division may furnish persons subject to this chapter with such assistance as may be reasonably necessary to further compliance with the Act. Employment "[c]harges shall not be made public by the [D]ivision." *See* A.R.S. § 41-1481(A). Pursuant to the Arizona Administrative Code, R10-3-103, "neither a charge, nor information obtained pursuant to the Act … shall be matters of public information by the Division, prior to the institution of any proceedings in federal or state court resulting from the charge." Any person who makes information public is guilty of a class 1 misdemeanor. *See* A.R.S. § 41-1481(B).

## PERSON REQUESTING DISCLOSURE

| ☒ CHARGING PARTY | ☐ RESPONDENT | ☐ AGGRIEVED PERSON ON WHOSE BEHALF CHARGE IS FILED | ☐ AGGRIEVED PERSON IN DIVISION CHARGE | ☐ NAMED PARTY IN CLASS ACTION |
|---|---|---|---|---|

ATTORNEY REPRESENTING:

| ☐ CHARGING PARTY | ☐ RESPONDENT | ☐ AGGRIEVED PERSON ON WHOSE BEHALF CHARGE IS FILED | ☐ AGGRIEVED PERSON IN DIVISION CHARGE | ☐ NAMED PARTY IN CLASS ACTION |
|---|---|---|---|---|

CHARGE NUMBER(S) OF FILE(S) TO BE DISCLOSED:

### CRD-2020-0294 Sarah Nakanwagi v. The City of Flagstaff

## STATEMENT

I _____ Sarah Nakanwagi _____, request disclosure of the non-privileged portions of the above-referenced
_____ *(Printed or typed name)*

Division case file(s) in connection with contemplated litigation (i.e., the state and/or federal notice of right to sue has not expired as of the date of this request). I agree that the information disclosed to me will not be made public or used except in the normal course of a civil action instituted under the Arizona Civil Rights Act, or equivalent federal law, involving such information.

In witness whereof, this agreement is entered into as of the _____17_____ day of _____August_____ _____2020____
by the Arizona Civil Rights Division representative named below and the person requesting disclosure.

_____Nathreen·N·S·, 480-203-4895_____
*Person requesting disclosure (signature and telephone number/area code)*

_____60 East Anita Avenue, Apt 14207, Flagstaff, Arizona, 86005_____
*Complete address*

_____
*ACRD representative (signature and title)*

Pursuant to Arizona Revised Statutes § 39-121.01, the Division assesses the following charges for documents and other evidence to be provided pursuant to this request: twenty cents (20¢) per page for documents, two dollars ($2.00) per disk for interviews and ten dollars ($10.00) per hour for time, equipment and personnel. Payment must be received by the Division before any documents or disks are released.